IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO.: 4:05cr43-SPM

JAMES D. GORDON,

    Defendant.
_____/

**ORDER CONTINUING SENTENCING**

For good cause shown, the parties' Joint Motion to Continue Sentencing (doc. 28) is granted. The sentencing hearing is reset for 1:30 p.m. on March 20, 2006.

SO ORDERED this 17th day of January, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge