IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:05cr53-SPM

JAMES D. GORDON,

     Defendant.
_____/

**<u>ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582</u>**

This cause comes before the Court on Defendant James D. Gordon's motion for appointment of counsel and motion for modification of sentence under 18 U.S.C. § 3582(c) and the retroactive crack cocaine amendment (Amendments 706 and 711).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction. An application of the amendment results in no change to Defendant's guideline range because of the career offender enhancement, which sets Defendant's offense level at 37. With a 3 point reduction for acceptance of responsibility, Defendant's total offense level remains at level 34, and his guideline range remains 262-327 months as originally calculated. Accordingly, it is

ORDERED AND ADJUDGED that the motion for appointment of counsel

(doc. 66) and the motion for modification of (doc. 65) are denied.

DONE AND ORDERED this 28th day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:05cr43-SPM